**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
MELVIN SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; and Does 1 through 20, inclusive,<br><br>Defendants | **Case No.** 15-cv-00639-HSG<br><br>**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**ORDER**

Having reviewed and considered Plaintiff Melvin Smith's Notice for Substitution of Counsel, and good cause appearing, the Court hereby orders that Amy Bingham and Erikson McDonnell Davis of Real Estate Law Center, P.C. be permitted to withdraw as counsel of record, and Nelson W. Goodell of The Goodell Law Firm may appear as substitute counsel of record for Melvin Smith. The Court's ECF system shall be updated to reflect these changes.

1     **IT IS SO ORDERED.**

2

3   DATED:  April 22, 2015                          _____

4                                                           JUDGE OF THE UNITED STATES DISTRICT COURT