UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No.  15-cv-01779-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 1 |

On April 20, 2015, Defendants removed this action to federal court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Gilliam to determine whether it is related to *Smith v. Wells Fargo*, 15-cv-639-HSG.

**IT IS SO ORDERED.**

Dated: April 23, 2015

                                              Donna M. Ryu<br>
                                United States Magistrate Judge